UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

NEIL SCHEIN,
    Plaintiff,

Case No. 08-cv-23509

v.

NORWEGIAN CRUISE LINE LIMITED,
a foreign corporation

    Defendant.

_____/

## NOTICE OF FILING LETTERS TESTAMENTARY
## & CERTIFICATE OF LETTERS TESTAMENTARY

COMES NOW, the Plaintiff, NEIL SCHEIN, by and through his undersigned attorney and files this notice of filing Letters Testamentary.

                        Law Offices of Karen Cohen, P.L.L.C.
                        Attorneys for Plaintiff
                        1041 Ives Dairy Road, Suite 236
                        Miami, Florida 33179
                        Telephone (305) 654-4444
                        Facsimile  (305) 654-4479

By:   KAREN COHEN, ESQ.
        Florida Bar No. 910333
        E-mail: bkf@finellp.com

## SERVICE LIST

Electronic ECF Notice/Service via the Court's Notice of Electronic Filing

**Jonathan Bruce Aronson, Esq.**
Rodriguez Aronson & Essington
2121 Ponce de Leon Boulevard
Suite 730
Miami , FL 33134
305-774-1477
Fax: 774-1075
Email: jaronson@rodriguez-aronson.com
Attorney for the Defendant

**Peter A. Junge, Esq.**
Junge & Mele, LLP
29 Broadway, 9th Floor
New York, NY 10006
212-269-0061
Fax: 212-269-0515
Email: pjunge@junge-mele.com



**Stanley Sanders, Esq**
Sanders, Sanders, Block and Woycik, P.C.
100 Herricks Road
Mineola, NY 11501
516-741-5252
Fax: 516-741-1243
Email: ssanders@ssbwlaw.com