UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NEIL SCHEIN,
    Plaintiff,

Case No. 08-cv-21997

v.

NORWEGIAN CRUISE LINE LIMITED,
a foreign corporation,

    Defendant.    /

## MOTION FOR SUBSTITUTION OF PARTY AND TO RE-OPEN CASE

COMES NOW, The Plaintiff, NEIL SCHEIN, by and through undersigned counsel and files this, his Motion for Substitution of Party and to Re-Open and as grounds states as follows:

1. That on or about July 14, 2008 Plaintiff NEIL SCHEIN filed his complaint.

2. That on or about August 28, 2008 Defendant, NORWEGIAN CRUISE LINE LIMITED, a Foreign Corporation filed its Answer to Complaint.

3. That on or about September 18, 2008 a Motion to Stay was filed by Plaintiff due to Plaintiff's death.

4. That on September 23, 2008 this Court granted Plaintiff's Motion to Abate and closed case for Statistical Purposes.

5. That on or about November 20, 2008 Patti Schein was named Executor of the Estate of Neil Schein. Letters Testamentary were filed with the Court on November 26, 2008.

6. Based on the foregoing, Plaintiff respectfully requests that this case be re-opened

and permit the Plaintiff's Substitution of this Action to read, Patti Schein as Executor of the Estate of Neil Schein, Deceased.

7. Plaintiff has conferred with opposing counsel and there are no objections to this motion.

WHEREFORE, Plaintiff, NEIL SCHEIN, respectfully requests this Honorable Court grant this Motion for Substitution of Party Plaintiff and to Re-Open this Cause and for other and further relief as the Court deems just and proper.

Respectfully submitted,

*By:*   **s/Karen B. Cohen**
KAREN COHEN, ESQ.
Florida Bar No. 910333
Law Offices of Karen Cohen, P.L.L.C.
1041 Ives Dairy Road, #236
Miami, FL 33179
Telephone: 305-654-4444
Facsimile:   305-654-4479
Attorney for Plaintiff: Neil Schein; Patti Schein Estate of Neil Schein

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*By:* **s/Karen B. Cohen**
KAREN COHEN, ESQ.
Florida Bar No. 910333

## SERVICE LIST

Electronic ECF Notice/Service via the Court's Notice of Electronic Filing

**Jonathan Bruce Aronson, Esq.**
Rodriguez Aronson & Essington
2121 Ponce de Leon Boulevard
Suite 730
Miami , FL 33134
305-774-1477
Fax: 774-1075
Email: jaronson@rodriguez-aronson.com
Attorney for the Defendant