UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-cv-23509

NEIL SCHEIN,
    Plaintiff,

v.

NORWEGIAN CRUISE LINE LIMITED,
a foreign corporation,

    Defendant.    /

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

THIS CAUSE having come before this Court upon Plaintiff's Motion for Substitution of Party filed on February 4, 2009 and the Court being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED** that said Motion be, and the same is hereby **GRANTED**.

HON. PAUL C. HUCK
DISTRICT COURT JUDGE

Submitted by:
Karen Cohen, Esquire
1041 Ives Dairy, Suite 236
Miami, Florida 33179
Telephone: (305) 654-4444


cc: Counsel of Record